UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
ROLLING TRANSPORT LTD.,                                                  :   Case No. 08 Cv. 1032 (NRB)
                                                                         :
                                                                         :
                                              Plaintiff,                 :   **RULE 7.1 STATEMENT**
                                                                         :
                    v.                                                   :
                                                                         :
                                                                         :
PALMYRA SHIPPING AND CHARTERING LTD.,                                    :
                                                                         :
                                              Defendant.                 :
                                                                         :
------------------------------------------------------------------------ X

     Pursuant to Rule 7.1 of the General Rules of the United States District Court for the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff hereby disclose that Plaintiff Rolling Transport Ltd., is not a publicly traded corporation or owned by a publicly traded corporation.

Dated: New York, New York
       January 31, 2008

                                                DLA PIPER US LLP

                                                By:_____
                                                   Stanley McDermott III (SM 0530)
                                                   Camilo Cardozo (CC 9710)
                                              1251 Avenue of the Americas
                                             New York, New York 10020-1104
                                             (212) 335-4500

8194228